Opinion issued June 6, 2002 












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-01058-CR

____________


FRANCISCO MARTINEZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 884596






MEMORANDUM OPINION

 On May 2, 2002, we abated the above-referenced appeal and directed the trial
court to conduct a hearing because neither the reporter's record nor briefs had been
filed. On May 16, 2002, appellant's counsel filed a motion to dismiss the appeal. 
The motion is in writing, signed by appellant.

 Accordingly, we order the appeal reinstated. The motion to withdraw appeal
is granted. The appeal is dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Smith. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.